# MEMORANDUM OPINIONS

People *v.* Larry King. Appeal from Recorder's Court of Detroit, Geraldine Bledsoe Ford, J. Submitted Division 1 June 9, 1971, at Detroit. (Docket No. 9053.) Decided November 30, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Carolyn Florescu,* Assistant Prosecuting Attorney, for the people.

*Charles Campbell,* for defendant on appeal.

Before: Levin, P. J., and Quinn and V. J. Brennan, JJ.

Per Curiam. Defendant raises two issues for appellate review: (1) alleged improper cross-examination of a *res gestae* witness by the prosecutor, and (2) alleged improper cross-examination of defendant by the prosecutor. Neither of these alleged errors was preserved by objection at trial. We have, nevertheless, considered them and concluded that the defendant is not entitled to a new trial.

Affirmed.

Brehm *v.* Mattus. Appeal from Oakland, Arthur E. Moore, J. Submitted Division 2 May 5, 1971, at Detroit. (Docket No. 9116.) Decided November 30, 1971. Leave to appeal granted, decision of trial court reversed, and remanded for trial, 387 Mich 759.

*Ripple & Chambers* (by *Donnelly W. Hadden*), for plaintiffs.

*Hartman, Beier, Howlett, McConnell & Googasian,* for defendant.

Before: V. J. Brennan, P. J., and J .H. Gillis and T. M. Burns, JJ.

Memorandum Opinion (On Rehearing). This cause is controlled by the recent Supreme Court decision in *Buscaino* v. *Rhodes* (1971), 385 Mich 474, decided after our opinion was issued.

We grant a rehearing on our own motion and the decision of the trial court is reversed. Costs to plaintiffs.